

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00390-CV

JOHN T. PRESTON AND C CHANGE INVESTMENTS, LLC, Appellants

V.

EMJO INVESTMENTS, LTD. AND H.J. VON DER GOLTZ, Appellees

Appeal from the 215th District Court of Harris County. (Tr. Ct. No. 2011-44058).

Appellants, John T. Preston and C Change Investments, LLC, have filed an unopposed motion to dismiss the appeal. After due consideration, the Court **grants** the motion to dismiss. Accordingly, the Court **dismisses** the appeal.

The Court orders that the appellants, John T. Preston and C Change Investments, LLC, jointly and severally, pay one half of the appellate costs. The Court orders that the appellee, Emjo Investments, Ltd. and H.J. von der Goltz, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.